UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>$95,246.23 seized from Solvay Bank account number 31107626 maintained in the name of Jalaram Marts Inc. dba Davidson Grocery Munchies, *et al.*<br><br>        Defendant. | Civil Action No. 5:18-CV-469 (MAD/ATB)<br><br>**FINAL ORDER OF FORFEITURE** |

    **THIS COURT** having before it the signed Settlement Agreement of the parties to the above-referenced action, and the parties having agreed to its term as indicated by their signatures, it is hereby,

    **ORDERED** that the following assets shall be forfeited to the United States:

    a)    $95,246.23 seized from Solvay Bank account number 31107626 maintained in the name of Jalaram Marts Inc. dba Davidson Grocery Munchies;

    b)    $194,775.04 seized from Solvay Bank account number 3539780 maintained in the name of Jayesh Patel;

    c)    $320,795.78 seized from Scottrade Brokerage account number 65511103 maintained in the name of Jayesh Patel;

    d)    $193,236.01 seized from Scottrade Brokerage account 65541932 maintained in the name of Hemixa Patel;

    e)    All Solvay Bank Corp Stock including, but not limited to, numbers 24113,

24117, 24108, 24105, 24101 and 24096 (CUSIP 83441Q105) and dividends;

      f)      $44,779 U.S. Currency seized from the person of Jayesh Patel and 7154 Opal Drive, Liverpool, New York;

      g)      $16,756 U.S. Currency seized from inside 1219 Milton Ave, Solvay, New York;

      h)      $16,000 U.S. Currency seized from a vehicle parked at 1219 Milton Ave, Solvay, New York; and

**ORDERED** that $50,000 from Solvay Bank account number 68284 (a certificate of deposit in the amount of $78,726.76) shall be forfeited to the United States in exchange for the release of the *Lis Pendens* against the real property commonly known as 101 Brassie Drive, Town of Van Buren, County of Onondaga, New York, Tax Map ID: 031.5-02-05, and the remaining $28,726.76 shall be provided to the Claimant pursuant to the terms of the Settlement Agreement;

**ORDERED** that the United States release its *Lis Pendens* against the real property commonly known as 5396 South Bay Road, Town of Salina, County of Onondaga, New York, Tax ID: 057.-04-03.2;

**ORDERED** that the remaining $125,000 seized from Scottrade Brokerage account 65541932 shall be provided to the claimant pursuant to the terms of the Settlement Agreement, and it is further;

**ORDERED** that all parties shall bear their own fees, costs, and expenses;

**ORDERED**, that this Court shall retain jurisdiction for the purposes of enforcing the terms of the Settlement Agreement, and it is further;

**ORDERED**, that the Clerk of this Court shall enter a judgment of forfeiture in accordance with the terms of this Order.

Dated:_____, 2019

               _____
               Hon. Mae A. D'Agostino
               United States District Judge